

September 6, 2018

**VIA CM/ECF & HAND DELIVERY**

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
844 North King Street, Room 6325, Unit 9
Wilmington, DE 19801-3555

Daniel M. Silver
Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

Re:   *Home Semiconductor Corporation v. Samsung Electronics Co., Ltd., et al;.*
      **C.A. No. 13-2033-RGA (D. Del.)**

Dear Judge Andrews:

Please find enclosed an amended version of Exhibit A to the parties' Joint Claim Construction Chart (D.I. 86). By agreement of the parties, certain claim terms have been removed from Exhibit A because the associated claims are no longer being asserted. Further, the parties have agreed to the function for the "means for providing a preset signal," claim term, so that term is now reflected as fully agreed-upon in the amended version of Exhibit A.

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801-3717
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

Please let us know if Your Honor has any questions or if Your Honor prefers that we refile the entirety of the Joint Claim Construction Chart in amended fashion.

Respectfully Submitted,

/s/ *Daniel M. Silver*

Daniel M. Silver (#4758)

cc:   Counsel of record (via electronic mail)

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC

ME1 28054288v.1