*Home Semiconductor Corp. v. Samsung Elecs. Co. et al.*
**USDC Delaware Case No. 13-2033-RGA**

**(Amended) Exhibit A**

## Agreed Construction

| | U.S. Patent No. 5,452,261 |
|---|---|
| **Claim Term** | **Construction** |
| means for providing a preset signal of a predetermined duration and level to the preset terminal during at least a portion of the duration of the first address, the preset signal setting the address sequencer to the second address in the series (claim 12) | This is a means-plus-function limitation under 35 U.S.C. 112 (6)<br><br>claimed function: during at least a portion of the duration of the first address, providing to the preset terminal a preset signal of predetermined level and duration that sets the address sequencer to the second address in the sequence of addresses<br><br>corresponding structure: the circuitry that produces the timing signal PRESET enclosed in red in Figs. 7, 8A, 8B, 9A, 9B and 10 as shown below. |

U.S. Patent No. 5,452,261



FIG. 8A

2

U.S. Patent No. 5,452,261



FIG. 8B

KEY TO FIG. 8

U.S. Patent No. 5,452,261



FIG. 9A

4

U.S. Patent No. 5,452,261



FIG. 9B

| U.S. Patent No. 5,452,261 |
|---|
|  |

**Disputed Constructions**

| | U.S. Patent No. 5,452,261 | |
|---|---|---|
| **Claim Term** | **Plaintiff's Proposed Construction** | **Defendants' Proposed Construction** |
| the second address being generated by incremental timing during at least a part of the duration of the step of providing the first address (claim 10) | while the first address, $A_n$, is being provided as an output address, the second address in the sequence, $A_{n+1}$, is produced internally by the address sequencer which is preset to provide $A_{n+1}$ following $A_n$, as a result, $A_{n+1}$ is output within one half clock cycle of $A_n$  **Intrinsic Evidence:**  Figs. 2A, 2B, 4, 11A, 11B, 1:23-26, 1:45-50, 2:11-17, 2:26-33, 2:38-58, 2:63-3:2, 3:51-4:9, 4:30-34, 4:45-5:60, 6:1-2, 6:49-61, 7:9-13.  File history at 06/24/94 Application at 14-16; 12/15/94 Office Action at 3; 02/08/95 Response to Office Action at 1-5, 7-8; 03/29/95 Notice of Allowability. | while the first address, $A_n$, is output by the address generator, the address sequencer is preset to provide the second address, $A_{n+1}$; as a result, the address generator completes outputting $A_n$ and $A_{n+1}$ within one clock cycle from the end of the preset period  **Intrinsic Evidence:**  '261 Patent: Abstract; 2:10-3:2; 3:28-34; 3:51-54; 3:65-4:9; 6:8-12; 6:49-7:2; FIG. 3, 4, 7, 8-10; Tables 1 and 5.  '261 Patent File History: December 15, 1994 Office Action, at 3; February 8, 1995 Response to Office Action at 2-4, 7-8. |
| means for incrementally timing the address sequencer to generate a second address in a sequence of addresses | means-plus-function limitation under 35 U.S.C. 112 (6)  Claimed function- while the first address, $A_n$, is being provided as an output address, the second address in the sequence, $A_{n+1}$, is produced internally by the address sequencer which is preset to provide $A_{n+1}$ following $A_n$, as a result, $A_{n+1}$ is output within one half clock cycle of $A_n$ | This is a means-plus-function limitation under 35 U.S.C. 112 (6) and is indefinite  claimed function: while the first address, $A_n$, is output by the address generator, the address sequencer is preset to provide the second address, $A_{n+1}$; as a result, the address generator completes outputting $A_n$ and $A_{n+1}$ within one clock cycle from the end of the preset period |

7

| U.S. Patent No. 5,452,261 | | |
|---|---|---|
| while a first address is being supplied to the output terminal of the address generator by the external address enable switch (claim 1) | Corresponding structure- the circuitry that produces An+1 enclosed in red in Fig. 7 as shown below.<br><br>FIG. 7<br><br>**Intrinsic Evidence:**<br><br>Figs. 2A, 2B, 4, 11A, 11B, 1:23-26, 1:45-50, 2:11-17, 2:26-33, 2:38-58, 2:63-3:2, 3:51-4:9, 4:30-34, 4:45-5:60, 6:1-2, 6:49-61, 7:9-13.<br><br>File history at 06/24/94 Application at 14-16; 12/15/94 Office Action at 3; 02/08/95 Response to Office Action at 1-5, 7-8; 03/29/95 Notice of Allowability. | corresponding structure: none adequately identified in the specification<br><br>At a minimum, Plaintiff's identified structure is incomplete and not adequately linked to the claimed function<br><br>**Intrinsic Evidence:**<br><br>'261 Patent: Abstract; 2:10-3:2; 3:28-34; 3:51-54; 3:65-4:9; 6:8-12; 6:49-7:2; FIG. 3, 4, 7, 8-10; Tables 1 and 5.<br><br>'261 Patent File History: December 15, 1994 Office Action, at 3; February 8, 1995 Response to Office Action at 2-4, 7-8. |
| an external address enable | plain and ordinary meaning, which is a switch that connects the first address to the output of the address | a switch that connects the first address to the output of the address generator by bypassing the address |

8

| U.S. Patent No. 5,452,261 | | |
|---|---|---|
| switch (claims 1, 9, 12, 13, and 14) | generator without going through the counters inside the address sequencer<br><br>**Intrinsic Evidence:**<br><br>Figs. 1A, 1B, 2B, 3, 4, 5A, 5B, 8A, 8B, 9A, 9B, 10, 11A, 11B, 1:51-64, 1:60-2:6, 2:3-6, 2:19-26, 2:40-44, 3:29-34, 3:51-64, 4:30-34, 4:45-5:60, 6:1-6, 6:10-12, 6:62-7:10. | sequencer<br><br>**Intrinsic Evidence:**<br><br>'261 Patent: Abstract; 2:18-27; 3:28-40; 1:65-2:6; 3:51-64; 6:1-6; FIGs. 1B, 3, 5A-B; Tables 1, 2. |
| a counter having a master portion and a slave portion<br><br>(claim 14) | Plain and ordinary meaning, which is a counter having a master side and a slave side<br><br>**Intrinsic Evidence:**<br><br>Figs. 4, 6, 11A, 11B, 1:21-26, 1:38-40, 2:38-40, 2:50-58, 3:58-64, 3:65-67, 4:30-34, 4:45-5:18, 6:33- 6:54-61, 7:9-10. | a counter having a first side that holds a value and a second side that holds a value<br><br>**Intrinsic Evidence:**<br><br>'261 Patent: 1:38-40; 2:56-58; 6:49-61; Figs. 6A, 6B, and 7. |
| The parties have a disagreement over the term that requires construction<br><br>**Plaintiff's Proposed term:**<br><br>means for | means-plus-function limitation under 35 U.S.C. 112 (6)<br><br>Claimed function- providing an externally generated address to the address input terminal<br><br>Corresponding structure- the circuitry that provides the signal to the address input terminal enclosed in red in Fig. 5A as shown below. | This is a means-plus-function limitation under 35 U.S.C. 112 (6)<br><br>claimed function: providing an externally generated first address of a page of the random access memory to the address input terminal<br><br>corresponding structure: a host computer or processor |

9

| U.S. Patent No. 5,452,261 |||
|---|---|---|
| providing an externally generated address to the address input terminal (claim 8)<br><br>**Defendants' Proposed term:**<br><br>means for providing an externally generated address to the address input terminal, wherein the externally generated address is a first address of a page of the random access memory (claim 8) | <br><br>FIG. 5A<br><br>**Intrinsic Evidence:**<br><br>Figs. 3, 5A, 11A, 11B, 1:60-2:3, 3:55-62, 4:30-34, 4:45-5:60, 5:62-6:7, 7:9-12. | **Intrinsic Evidence:**<br><br>'261 Patent: Table 2; 1:15-26; 2:15-26; 5:20-35; 6:1-6; 7:18-30; FIGS. 1B, 3, 5. |

| **U.S. Patent No. 5,452,261** |

| | | |
|---|---|---|
| The parties have a disagreement over the term that requires construction<br><br>**Plaintiff's Proposed term:**<br><br>means for providing a first address in a sequence of addresses (claim 9)<br><br><br><br>**Defendants' Proposed term:**<br><br>means for providing a first address in a sequence of addresses, the first address being provided | means-plus-function limitation under 35 U.S.C. 112 (6)<br><br>Claimed function- providing a first address in a sequence of addresses<br><br>Corresponding structure- same structures as claim 8 "means for providing" above<br><br>**Intrinsic Evidence:**<br><br>Corresponding structure- same structures as claim 8 "means for providing" above | This is a means-plus-function limitation under 35 U.S.C. 112 (6)<br><br>claimed function: providing a first address in a sequence of addresses from an external source as an output address<br><br>corresponding structure: a host computer or processor<br><br>**Intrinsic Evidence:**<br><br>'261 Patent: Table 2; 1:15-26; 2:18-26; 5:20-21; 6:1-6; 7:9-12; FIGS. 1B, 3, 5. |

| U.S. Patent No. 5,452,261 |||
|---|---|---|
| from an external source as an output address (claim 9) | | |
| the generation of the first address (claim 9) | Not indefinite<br><br>**Intrinsic Evidence:**<br><br>Figs. 2A, 2B, 4, 11A, 11b, 1:23-26, 1:45-50, 2:11-17, 2:26-33, 2:38-58, 3:51-4:9, 4:30-34, 4:45-5:60, 6:1-2, 6:49-61, 7:9-13. | Indefinite (lacks antecedent basis) |
| means for incrementally timing the address sequencer during a preset period to generate the second address at a same time that the first address is being provided from the | means-plus-function limitation under 35 U.S.C. 112 (6)<br><br>Claimed function- while the first address, An, is being provided as an output address, the second address in the sequence, An+1, is produced internally by the address sequencer which is preset to provide An+1 following An, as a result, An+1 is output within one half clock cycle of An<br><br>Corresponding structure- same structures as claim 1 "means for incrementally timing" above<br><br>**Intrinsic Evidence:**<br><br>Same support as claim 1 "means for incrementally | This is a means-plus-function limitation under 35 U.S.C. 112 (6) and is indefinite<br><br>claimed function: while the first address provided from an external source, $A_n$, is output by the address generator, the address sequencer is preset to provide second address, $A_{n+1}$; as a result, the address generator completes outputting $A_n$ and $A_{n+1}$ within one clock cycle from the end of the preset period<br><br>corresponding structure: none adequately identified in the specification<br><br>At a minimum, Plaintiff's identified structure is incomplete and not adequately linked to the claimed |

12

| U.S. Patent No. 5,452,261 |||
|---|---|---|
| external source (claim 9) | timing" above | function<br><br>**Intrinsic Evidence:**<br><br>'261 Patent: Abstract; 2:10-3:2; 3:28-34; 3:51-54; 3:65-4:9; 6:8-12; 6:49-7:2; FIG. 3, 4, 7, 8-10; Tables 1 and 5.<br><br>'261 Patent File History: December 15, 1994 Office Action, at 3; February 8, 1995 Response to Office Action at 2-4, 7-8. |
| providing from an external source a first address in the sequence as an output address;<br><br>switching in the first address as an output address during a preset period;<br><br>then, providing from an address sequencer a second address | Not indefinite<br><br>**Intrinsic Evidence:**<br><br>Figs. 1A, 2A, 1B, 2B, 3, 4, 5B, 6A, 6B, 6C, 7, 8A, 8B, 9A, 9B, 10, 11A, 11B, 1:21-26, 1:29-32, 1:45-50, 2:11-17, 2:26-33, 2:38-58, 2:63-3:2, 3:51-4:9, 4:30-34, 4:45-5:60, 6:1-2, 6:33-35, 6:39-40, 6:49-61, 6:62-63, 7:9-17. | Indefinite |

13

| U.S. Patent No. 5,452,261 | | |
|---|---|---|
| in the sequence as an output address . . .; and<br><br>switching in the second address as an output address after the preset period.<br><br>(claim 10) | | |