
**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HOME SEMICONDUCTOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC. and SAMSUNG AUSTIN SEMICONDUCTOR, LLC,<br><br>Defendants. | C.A. No. 13-2033-RGA<br><br>JURY TRIAL DEMANDED |

### SAMSUNG'S MOTION TO DISMISS FOR LACK OF STANDING

Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, LLC (collectively, "Samsung") respectfully move to dismiss this action, with prejudice, pursuant to Rules 12(b)(1) and 12(h)(3) of the Federal Rules of Civil Procedure. The grounds for Samsung's motion are set forth in its Opening Brief in Support of its Motion, filed contemporaneously.

| | |
|---|---|
| Dated:  May 1, 2019 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| *Of Counsel*: | */s/ Adam W. Poff* |
| ARNOLD & PORTER KAYE SCHOLER LLP | Adam W. Poff (No. 3990)<br>Pilar G. Kraman (No. 5199)<br>1000 North King Street<br>Rodney Square<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>apoff@ycst.com<br>pkraman@ycst.com |
| Matthew M. Wolf<br>Ali R. Sharifahmadian<br>Jin-Suk Park<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001-3743<br>(202) 942-5000<br>matthew.wolf@arnoldporter.com<br>ali.sharifahmadian@arnoldporter.com<br>jin.park@arnoldporter.com | *Attorneys for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, LLC* |
| Jennifer Sklenar<br>Ryan M. Nishimoto<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, California 90017-5844<br>(213) 243-4027<br>jennifer.sklenar@arnoldporter.com<br>ryan.nishimoto@arnoldporter.com | |